# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KATIE RODENKIRCH-KLEINDL and TROY KLEINDL,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC.,<br><br>　　　　　　　Defendant. | Case No. 16-CV-1720-JPS<br><br><br>**ORDER** |

On October 2, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #218). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #218) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge